**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Reginald J. Hunt, | ) | |
| Plaintiff, | ) ) | Civil Action No. __3:24-5942-JFA__ |
| | ) | |
| v. | ) | *(Civil Action No. 2024-CP-40-5365)* |
| | ) | *(Court of Common Pleas)* |
| Richland County, | ) | |
| | ) | **NOTICE OF REMOVAL** |
| Defendant. | ) ) | |
| | ) | |

Pursuant to 28 U.S.C. § 1446, the Defendant Richland County hereby invokes the jurisdiction of the United States District Court for the District of South Carolina and state the following grounds for removal:

1.     The Plaintiff filed this action in the Court of Common Pleas for Richland County against the Defendant Richland County. The Plaintiff brought this action in part pursuant to 42 U.S.C. § 1983 alleging a claim under the Takings Clause of the Fifth Amendment to the United States Constitution related to an alleged taking of his property.  The Plaintiff has also alleged supplemental state law claims.

2.     This action presents claims and issues of federal law.  As stated above, the Plaintiff has specifically alleged that the Defendant violated his Fifth Amendment rights seeks an award of just compensation.

3.     Service of process upon the Defendant was effectuated on September 17, 2024 via personal service. Subsequent to service of the Complaint, Plaintiff timely filed his Amended Complaint on September 30, 2024.

4.     This Notice is filed within thirty days of receipt of the Summons and Complaint by the Defendant.  Therefore, the filing of this Notice of Removal is timely.

5.     This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331.  As discussed above, the Plaintiff's Complaint raises issues of federal constitutional law.  Consequently, this action may be removed pursuant to 28 U.S.C. § 1441.

6.     The Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by the Plaintiff, including jurisdictional and service defenses, and without conceding that the Plaintiff has pled claims upon which relief can be granted.

7.     The undersigned attorney of record signs this Notice of Removal pursuant to Rule 11, FRCP.

WHEREFORE, the Defendant Richland County prays that this Court accept this Notice of Removal which is being filed and that this Court take jurisdiction of the above-captioned action and all further proceedings in said action in the Court of Common Pleas for Richland County, State of South Carolina, bearing Civil Action Number 2024-CP-40-5365, be stayed.

LINDEMANN LAW FIRM, P.A.

BY:     *s/ Andrew F. Lindemann*
ANDREW F. LINDEMANN          #5070
5 Calendar Court, Suite 202
Post Office Box 6923
Columbia, South Carolina 29260
(803) 881-8920
Email: andrew@ldlawsc.com

*Counsel for Defendant Richland County*

October 17, 2024